```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

Joe Allen,                      )
                                )
         Plaintiff,             )
                                )
    v.                          )    11 C 2285
                                )
Village of Westmont,            )
Illinois, et al.,               )

## MEMORANDUM ORDER

For purposes of the previously-scheduled pretrial conference that was intended (as always) to address the litigants' jointly proposed final pretrial order ("FPTO"), what was tendered instead was a draft FPTO submitted by one of plaintiff's counsel. When this Court pointed that out to counsel for the parties, the draft was promptly supplanted by the FPTO bearing the signatures of both sides' counsel, so that the pretrial conference was held on May 29, 2013, at which time the FPTO was approved and the case was added to the trial call.

Unfortunately the earlier glitch somehow resulted in a failure to file the original of the FPTO reflecting this Court's approval, a failure that recently came to light as the result of the induction of two new District Court colleagues that required a review of all pending cases on this Court's calendar. Accordingly the FPTO has been signed by this Court currently (nunc pro tunc May 29), and the further steps that this Court had described to the parties orally at the time of the May 29 conference need to be taken.

In that respect each side had identified and anticipated motions in limine in the FPTO, but the timetable orally discussed at the pretrial conference has long since passed. Consequently:

1. Each side is ordered to submit, on or before December 31, 2013, its motions in limine and supporting memoranda.

2. On or before January 21, 2014 counsel for the parties are ordered to:

(a) file responses to those supporting memoranda and

(b) transmit letters to this Court, with copies to opposing counsel, identifying their respective unavailabilities for trial during the period from March 10, 2014 through June 30, 2014.

This Court will then set the case for trial, and the following items will be due 14 days before the date set for trial:

1. proposed voir dire questions and

2. proposed jury instructions.

Trial briefs are waived.

_____
Milton I. Shadur
Senior United States District Judge

Dated: December 9, 2013